UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ARTHUR LEHMANN,

     Plaintiff,

v.                                                                              CASE NO. 1:24-cv-20060-KMW

CARNIVAL CORP.,

     Defendant.

## CARNIVAL CORPORATION'S UNOPPOSED MOTION FOR LEAVE OF COURT TO FILE MATERIALS UNDER SEAL AS DIRECTED UNDER THE POST-DISCOVERY HEARING ADMINISTRATIVE ORDER [ECF NO. 38]

Carnival Corporation ("Carnival"), pursuant to Local Rule 5.4(b), respectfully requests that this Court allow it to file certain materials under seal, as ordered by United States Magistrate Judge Jonathan Goodman, and states:

1.     On December 20, 2024, Magistrate Judge Goodman entered a Post-Discovery Hearing Administrative Order [ECF No. 38], in which he directed Carnival's undersigned counsel to file certain privileged materials reviewed *in camera* "under seal so there is a record for the basis of [the] ruling."

2.     The privileged materials consist of Carnival's privileged, post-incident, accident report and narrative investigation report relating to the incident for which Plaintiff has sued Carnival in this action.

3.     At the discovery hearing on December 20, 2024, Magistrate Judge Goodman reviewed the privileged materials *in camera*, denied Plaintiff's motion to compel, and sustained Carnival's objection to production of the privileged materials. [ECF No. 38].

1

4.      Carnival's undersigned counsel attempted to electronically file the subject, privileged materials as ordered, but was unable to do so without first filing this motion.

5.      The undersigned contacted Plaintiff's counsel L. Alex Perez, who does not oppose this motion based on Magistrate Judge Goodman's Order requiring same.

For these reasons, Carnival respectfully requests that this Court permit it to file the subject privileged materials under seal as ordered by United States Magistrate Judge Jonathan Goodman, and grant any other relief appropriate under the circumstances.

### <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)</u>

Pursuant to Local Rule 7.1(a)(3), the undersigned certifies that he contacted Plaintiff's counsel L. Alex Perez, who does not oppose the relief sought by this motion.

Respectfully submitted,

/s/ Victor J. Pelaez
Victor J. Pelaez
Fla. Bar No. 78359
Email: vpelaez@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:   (305) 789-9201
*Attorneys for Carnival*

FOWLER WHITE BURNETT P.A. • BRICKELL ARCH, 1395 BRICKELL AVENUE, 14TH FLOOR, MIAMI, FLORIDA 33131 • (305) 789-9200